PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Tashia L. Woods</u>        Case Number: <u>3:10-00181-02</u>

Name of Judicial Officer: <u>Honorable William J. Haynes, Jr., Chief United States District Judge</u>

Date of Original Sentence: <u>September 26, 2011</u>

Original Offense: <u>18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm</u>

Original Sentence: <u>24 months' custody followed by three years' supervised release</u>

Type of Supervision: <u>Supervised release</u>        Date Supervision Commenced: <u>March 2, 2013</u>

Assistant U.S. Attorney: <u>Scarlett Singleton</u>        Defense Attorney: <u>Dumaka Shabazz</u>

---

**THE COURT ORDERS:**

☒ No Action *as recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 26th day of July, 2013,
and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U.S. District Judge

I declare under penalty of perjury that
the foregoing is true and correct.
Respectfully submitted,

_____
Kimberly Haney
U.S. Probation Officer

Place        Nashville, Tennessee

Date         July 24, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall not commit another federal, state, or local crime.**

   On July 6, 2013, Ms. Woods was issued a citation by Metropolitan Nashville Police Department for Criminal Trespassing, a class C misdemeanor, in Nashville, Davidson County, Tennessee. She is scheduled to be booked on July 31, 2013.

   According to the misdemeanor citation, on July 6, 2013, Ms. Woods was observed at 2043 Neely's Bend Road, Madison, Tennessee, with a male friend, at approximately 2:00 a.m. Ms. Woods did not have a legitimate reason to be at the location. The location is a park, and there is a valid trespass waiver on file with the Metropolitan Police Department. There are signs clearly indicating that the park is closed from dusk until dawn, and the signs are visible from the entrance.

2.   On July 17, 2013, Ms. Woods was issued a citation by Metropolitan Nashville Police Department for Driving on a Suspended Driver's License, a class B misdemeanor, in Nashville, Davidson County, Tennessee. She is scheduled to be booked on August 9, 2013.

   According to the misdemeanor citation, on July 17, 2013, Ms. Woods was stopped at Buena Vista Pike and Moorman's Arm Road for speeding. She was traveling 43 mph in a 35 mph zone. Ms. Woods produced a identification card only. A computer check of her name revealed her driver's license status was suspended.

**Compliance with Supervision Conditions and Prior Interventions:**

Tashia L. Woods began her term of supervised release on March 2, 2013. Her term of supervision is scheduled to expire on March 1, 2016. Ms. Woods is unemployed.

This officer spoke with Ms. Woods on July 18, 2013, regarding her citation for criminal trespassing. She advised she was out with her friend, and they were lost. Reportedly, they were trying to find out how to get back home, but they were cited by the police. After explaining the citation for Criminal Trespass, she advised this officer that she received a citation for Driving on a Suspended Driver's License. Ms. Woods indicated that she is unable to get anyone to take her to search for employment, so she was out driving looking for a job. This officer reprimanded Ms. Woods for driving without a valid license. She was instructed not to drive until she provides proof of a valid driver's license. She was advised that the Court would be notified.

## U.S. Probation Officer Recommendation:

At this time, the probation officer is requesting that no additional action be taken by the Court.

It is recommended Ms. Woods continue on supervised release with increased monitoring by the probation officer. Any further non-compliant behavior will be promptly reported to Your Honor.

The U. S. Attorney's Office has been advised of the offender's noncompliance and concurs with this recommendation.


Approved: _____
            Britton Shelton
            Supervisory U.S. Probation Officer