UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:10-00181-2 |
| | ) | CHIEF JUDGE HAYNES |
| | ) | |
| TASHIA L. WOODS | ) | |

### MOTION TO CONTINUE MODIFICATION HEARING

Comes now Tashia Woods, by and through counsel, and requests that this Honorable Court continue the Modification Hearing, which is scheduled for September 30, 2013, at 10:00 a.m. Counsel requests that this matter be continued for one week and set for October 7, 2013, at 10:00 a.m., or whatever date and time is convenient for the Court. In support of this request, Ms. Woods submits that her counsel will be unavailable from September 30, 2013-October 4, 2013. The Government has no opposition to this motion.

*[Handwritten order in right margin: ORDER. This motion is GRANTED, and the hearing will be reset by separate order. /s/ [signature] 9-27-13]*

Respectfully submitted,

*s/ Dumaka Shabazz*
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047