# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

TASHIA L. WOODS

Case Number: 3:10-00181

USM Number: 20579-075

Dumaka Shabazz
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) __One (1) through Four (4)__ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month | 11/5/15 |
| 2 | Defendant shall notify the Probation Officer at least 10 days prior to any change in residence or employment | 11/5/15 |
| 3 | Defendant failed to report for drug testing as instructed | 10/9/15 |
| 4 | Defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of special assessment | 11/5/15 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __6401__

December 4, 2015
Date of Imposition of Judgment

Defendant's Year of Birth: __1985__

*/s/ Todd Campbell*
Signature of Judge

City and State of Defendant's Residence:
Nashville, Tennessee

Todd J. Campbell, United States District Judge
Name and Title of Judge

December 4, 2015
Date

DEFENDANT:     TASHIA L. WOODS                                              Judgment — Page 2 of 2
CASE NUMBER:   3:10-00181

# IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned: <u>until March 1, 2016</u>

No period of Supervised Release is imposed.

__X__ The Court makes the following recommendations to the Bureau of Prisons:

1. Serve the sentence in an United States Bureau of Prisons facility, not a county facility.

__X__ The Defendant is remanded to the custody of the United States Marshal.

____ The Defendant shall surrender to the United States Marshal for this District:

   ____ at _____ p.m. on _____

   ____ as notified by the United States Marshal.

____ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

   ____ before 2 p.m. on _____

   ____ as notified by the United States Marshal.

   ____ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this Judgment.

_____
United States Marshal


By: _____
Deputy United States Marshal